■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR PERRY, Appellant. [40 NYS3d 267]—Judgment, Supreme Court, Bronx County (Alvin Yearwood, J., at plea; Raymond L. Bruce, J., at sentence), rendered March 19, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Sweeny, Richter, Manzanet-Daniels and Webber, JJ.